◼ In the Matter of DERRICK BARNES, Petitioner, v JOSEPH GROSSO, as Justice of the Supreme Court of the State of New York, et al., Respondents. [737 NYS2d 299] —Proceeding pursuant to CPLR article 78 in the nature of prohibition and

mandamus, inter alia, to prohibit the trial of the criminal action entitled *People v Barnes* pending in the Supreme Court, Queens County, under Indictment No. 2234/2001.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *see, Matter of Rush v Mordue,* 68 NY2d 348, 352). Similarly, the extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see, Matter of Legal Aid Socy. of Sullivan County v Scheinman,* 53 NY2d 12, 16).

The petitioner has failed to demonstrate a clear legal right to the relief sought. Goldstein, J.P., Friedmann, McGinity and Cozier, JJ., concur.